In the Matter of City of New York, Appellant, against Stephen Mack et al., Respondents, et al., Defendants.— For the reasons stated in *Matter of City of New York* v. *Schoeck* (*ante*, p. 979, decided herewith) the order is affirmed, with twenty dollars costs and disbursements. Present — Martin. P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 1039.]

In the Matter of City of New York, Appellant, against Oscar Kullmann et al., Respondents, et al., Defendants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 1039.]

In the Matter of Arnold Reuben, Inc., Petitioner, against State Liquor Authority et al., Respondents.— Determination unanimously annulled, with fifty dollars costs and disbursements to the petitioner, on the ground that the finding that the petitioner suffered or permitted gambling to take place on the premises within the meaning of the statute is not sustained by the evidence. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (December 22, 1944.)

Manhattan Savings Bank, Appellant, *v.* Edward D. Farrell, Jr., et al., Defendants, and Edward D. Farrell, Jr., as Substituted Trustee under the Will of Edward D. Farrell, Deceased, Defendant-Respondent.

*Per Curiam.* Taking into consideration the evidence of all pertinent factors as adduced before the official referee, we find that the fair and reasonable market value of the premises as of the date of sale was $60,000. The Special Term accordingly was warranted in denying the motion for a deficiency judgment. The order so far as appealed from, should be affirmed, with twenty dollars costs and disbursements.

Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ., concur.

Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements.